**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

Case No. 08-14427-CIV-GRAHAM/WHITE

ANGELO BRUNO GRECO,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon the Report of the Magistrate Judge regarding Plaintiff Angelo Bruno Greco's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 [D.E. 1].

Plaintiff Angelo Bruno Greco filed his Motion to Vacate based on ineffective assistance of counsel during the plea bargaining process, the plea colloquy, and prior to sentencing. Furthermore, Plaintiff claims that the District Court violated his due process rights during the plea colloquy, that his sentence violates the Sixth Amendment and Rule 32(i)(4)(B), that his guilty plea was entered involuntarily and unknowingly, that there is a jurisdictional defect with respect to the indictment, that he is innocent of the relevant conduct, and that the indictment, the plea agreement and the plea colloquy fail to state the true nature of the charge to which he plead guilty. The case was referred to the

Honorable United States Magistrate Judge Patrick A. White by the Clerk's Order [D.E. 3].

**THE COURT** has conducted a <u>de novo</u> review of the file and is otherwise fully advised in the premises.

The Magistrate Judge issued a Report recommending that the Motion to Vacate be denied [D.E. 25]. Although Plaintiff filed Objections [D.E. 29] to the Magistrate Judge's Report, the Court finds that Plaintiff's Objections lack merit.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge White's Report [D.E. 25] is **RATIFIED, AFFIRMED and APPROVED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Plaintiff's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 [D.E. 1] is **DENIED**. It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** and any pending motions are denied as **MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31st day of August, 2009.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge White
    All Counsel of Record